JS-6

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11

12   STEVEN R.,                          Case No. 5:22-cv-02173-GJS

13            Plaintiff

14        v.                             **JUDGMENT**

15   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
16
              Defendant.
17

18

19        Pursuant to the Court's Memorandum Opinion and Order,

20        IT IS ADJUDGED that the decision of the Commissioner of the Social

21   Security Administration is AFFIRMED and this action is DISMISSED WITH

22   PREJUDICE.

23

24   DATED:  August 29, 2023

25   _____

26   GAIL J. STANDISH
     UNITED STATES MAGISTRATE JUDGE
27

28